```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SPCP GROUP LLC,                           :      09 Civ. 4528 (SHS)

                Plaintiff,                :      ORDER

     -against-                             :

PINE TREE CABLEVISION ASSOCIATES, LLP, :
*ET AL.*,
                                                  :
                Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       This case has been reassigned to this Court for all purposes. Accordingly,

       IT IS HEREBY ORDERED that there will be a pretrial conference before this Court on October 16, 2009, at 10:30 a.m. in Courtroom 23A to discuss the status of this action.

Plaintiff's attorney shall send a copy of this Order to defendants and their attorney.

Dated: New York, New York
       October 7, 2009

                                            SO ORDERED:

                                            Sidney H. Stein, U.S.D.J.